640

452 A.2d 27

Commonwealth v. Beltz, Appellant.

Submitted May 5, 1982. Stanley M. Vasiliadis, for appellant; Donald B. Corriere, District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The judgment of sentence is affirmed.

452 A.2d 27

Commonwealth v. Burger, Appellant.

Submitted December 5, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., HESTER and WIEAND, JJ.

Judgment of sentence of the lower court affirmed.